*FILED*

*2019 OCT 24  PM 3:*

*CLERK, US DISTRICT [   ]*
*MIDDLE DISTRICT OF FLORIDA*
*JACKSONVILLE DISTRICT*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

RODNEY ALLEN

CASE NO.  3:19-cr-186-J-32PDB

18 U.S.C. § 844(e)
18 U.S.C. § 248(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Threatening and Conveying False Information
Concerning Use of an Explosive)**

On or about August 29, 2019, in the Middle District of Florida and elsewhere, the defendant,

RODNEY ALLEN,

through the use of a telephone and other instrument of interstate and foreign commerce, knowingly and willfully made a threat, and maliciously conveyed false information, knowing the same to be false, in and affecting interstate and foreign commerce, concerning an attempt and an alleged attempt being made and to be made, to unlawfully damage and destroy a building by means of fire and explosive, that is, the defendant called a reproductive health services provider and stated that someone was coming to the provider to bomb and blow it up and that he was providing advance notice.

All in violation of 18 U.S.C. § 844(e).

## COUNT TWO
### (Intimidating and Interfering with Providing Reproductive-Health Services)

On or about August 29, 2019, in the Middle District of Florida and elsewhere, the defendant,

## RODNEY ALLEN,

by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees of a reproductive health services provider because that person or persons were providing reproductive health services, that is, the defendant called the reproductive health services provider and stated that someone was coming to the provider to bomb and blow it up and that he was providing advance notice.

All in violation of 18 U.S.C. §§ 248(a)(1) and (b)(1).

## FORFEITURE

1.     The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 844(c) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C.

2

§ 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1)

and 28 U.S.C. § 2461(c).


A TRUE BILL,

Foreperson


MARIA CHAPA LOPEZ
United States Attorney

By: 

Ashley Washington
Assistant United States Attorney

By: 

Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: 

Anna Gotfryd
Trial Attorney


4

FORM OBD-34
10/24/19 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## RODNEY ALLEN

## INDICTMENT

Violations: Ct. 1:  18 U.S.C. § 844(e)
            Ct. 2:  18 U.S.C. § § 248(a)(1)

A true bill,

_____
                Foreperson

Filed in open court this **24th** day

of October, 2019.

_____
                Clerk

Bail   $_____