```
           IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA,      Jacksonville, Florida

        Plaintiff,      Case No. 3:19-cr-186-J-32PDB

 vs.                            November 18, 2019

RODNEY ALLEN,                  4:03 p.m.

        Defendant.      Courtroom No. 10D

_____

 

            CRIMINAL STATUS CONFERENCE
   BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
        UNITED STATES DISTRICT JUDGE

GOVERNMENT COUNSEL:

    **ASHLEY WASHINGTON, ESQ**.
    US Attorney's Office - FLM
    300 North Hogan Street, Suite 700
    Jacksonville, Florida 32202

DEFENSE COUNSEL:

    **MAURICE C. GRANT, II, ESQ**.
    Federal Public Defender's Office
    200 West Forsyth Street, Room 1240
    Jacksonville, Florida 32202

COURT REPORTER:

    Shannon M. Bishop, RDR, CRR, CRC
    221 North Hogan Street, #150
    Jacksonville, Florida 32202
    Telephone: (904)549-1307
    dsmabishop@yahoo.com

  (Proceedings recorded by mechanical stenography; transcript produced by computer.)

```
 1                     P R O C E E D I N G S
 2   November 18, 2019                              4:03 p.m.
 3                              - - -
 4            THE COURT:  Mr. Grant, stay right there.
 5            *United States versus Rodney Allen*, 3:19-cr-186.
 6   Ms. Washington and Mr. Grant.
 7            How are you, Ms. Washington?
 8            MS. WASHINGTON:  Good.  Thank you.  How are you?
 9            THE COURT:  Good.  Where do we stand?
10            MR. GRANT:  Your Honor, this is what I'd call a
11   brand-new case that has a great deal of discovery.  I was just
12   talking with Ms. Washington.  We -- we sent over a hard drive
13   basically copying his entire phone.
14            And as I indicated to her, I don't want to be going
15   through the contents of the phone just trying to find stuff.
16   If she could just provide me what she thinks is relevant, it
17   would make it a lot easier for me.  And she's indicated that
18   she's going to get with the agent to try to make that happen.
19            THE COURT:  So what do you want to do?
20            MR. GRANT:  I'm going to ask for 30 days.
21            THE COURT:  Okay.  Any objection, Ms. Washington?
22            MS. WASHINGTON:  No, Your Honor.
23            THE COURT:  Ore tenus motion of the defendant for a
24   30-day continuance is granted, the Court finding that, for the
25   reasons stated by counsel on the record, the ends of justice
```

1  served by that continuance outweigh the interest of the
2  defendant and the public in a speedy trial.
3         That means your trial term will begin on January 6th
4  of 2020.  Your status is December 16th at 4 p.m.
5         MR. GRANT:  Thank you.
6         MS. WASHINGTON:  Thank you.
7         THE COURT:  Thank you.
8     (The proceedings concluded at 4:05 p.m.)
9                        - - -

## CERTIFICATE

UNITED STATES DISTRICT COURT    )
                                           )
MIDDLE DISTRICT OF FLORIDA      )

I hereby certify that the foregoing transcript is a true and correct computer-aided transcription of my stenotype notes taken at the time and place indicated herein.

DATED this 26th day of October, 2020.

                s/Shannon M. Bishop
                Shannon M. Bishop, RDR, CRR, CRC