IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA, | Jacksonville, Florida |
|---|---|
| Plaintiff, | Case No. 3:19-cr-186-J-32PDB |
| vs. | December 16, 2019 |
| RODNEY ALLEN, | 4:20 p.m. |
| Defendant. | Courtroom No. 10D |

_____

CRIMINAL STATUS CONFERENCE
BEFORE THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE


GOVERNMENT COUNSEL:

**ASHLEY WASHINGTON, ESQ.**
US Attorney's Office - FLM
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202

DEFENSE COUNSEL:

**MAURICE C. GRANT, II, ESQ.**
Federal Public Defender's Office
200 West Forsyth Street, Room 1240
Jacksonville, Florida  32202


COURT REPORTER:

Shannon M. Bishop, RDR, CRR, CRC
221 North Hogan Street, #150
Jacksonville, Florida  32202
Telephone:  (904)549-1307
dsmabishop@yahoo.com


(Proceedings recorded by mechanical stenography; transcript produced by computer.)

P R O C E E D I N G S

December 16, 2019                                    4:20 p.m.

- - -

THE COURT:  *United States versus Rodney Allen*,
3:19-cr-186.  Ms. Washington and Mr. Grant.

Ms. Washington, are you the only prosecutor working
this month or...

MS. WASHINGTON:  It appears so, Your Honor.

THE COURT:  What's going on?

MR. GRANT:  Your Honor, this is going to be a trial.
And so I've spoken to Mr. Allen this morning.  I advised him
that I was going to be asking for a trial date of February,
because I do need some additional time to meet with him and to
be able to get ready.

But he wants his trial as soon as possible.  And I
told him February was the absolute earliest that I'd be ready
to do his trial.

THE COURT:  How long, Ms. Washington, will the case
take to try?

MS. WASHINGTON:  Your Honor, I just, again, found out
about this trial.  And this is a case in which Main Justice is
on the case with me.  So I really have to consult with them
before I'm in a position to give you that, Your Honor.

THE COURT:  Okay.  Well, let me tell you this.  Your
partner, Mr. Rosenblum, just took a couple of days of February

1  from you there, but...

2          MR. GRANT:  Well, actually, I have a trial with Judge

3  Howard that's either going to be February 3rd or February 10th,

4  but we're leaning towards the 3rd right now, unless her other

5  case falls through.  Then it will be the 10th, so...

6          THE COURT:  Okay.  Well, how long -- I'm sorry.  How

7  long did you say it would take, Ms. Washington?

8          MS. WASHINGTON:  Your Honor, I'm not sure.  I would

9  estimate maybe three to five days, but I'd have to consult with

10  my co-counsel.

11          THE COURT:  Okay.  Yeah.  I don't know what we're

12  going to do.  I tell you what, I'll continue the case -- the

13  motion -- and I take it, Mr. Grant, that's in order to allow

14  you time to prepare for trial?

15          MR. GRANT:  Correct, Your Honor.

16          THE COURT:  Okay.  Ore tenus -- any objection,

17  Ms. Washington?

18          MS. WASHINGTON:  No, Your Honor.

19          THE COURT:  Ore tenus motion of the defendant for a

20  one-month continuance is granted, the Court finding that for

21  the reasons stated by counsel on the record that the ends of

22  justice served by that continuance outweigh the interests of

23  the defendant and the public in a speedy trial.

24          We'll put it on the February term, which begins

25  February 3rd.  Next status, January 21st at 4 p.m.

1       I'll have to talk with Judge Howard and see what her
2  deal is, but right now...
3       We may end up doing the same thing.  Depending on
4  Judge Howard's situation, I -- you know, because I'm going to
5  be with Mr. Rosenblum and -- was that you?
6            MS. WASHINGTON:  Yes.
7            THE COURT:  Okay.  So you're -- so that's a little
8  tough.
9       Well, what we could do is this -- again, this is
10 Judge Barksdale.  If y'all wanted to have her pick a jury, we
11 could just --
12           MR. GRANT:  Judge, I'm sorry to interrupt you.  I'm
13 just going to tell you the answer is going to be no to that.
14           THE COURT:  Okay.  All right.
15      Well, then I could pick a jury on the 28th of
16 February and we'd try the case the next week.  How about that?
17 It gives Ms. Washington a little chance to get some separation.
18 You're trying a case, Mr. Grant, with Judge Howard?
19           MR. GRANT:  Yes.  And I have one that's going to be
20 in March with her also, but we haven't set a date specifically
21 in March.
22           THE COURT:  All right.  Well, I'm going to tell her
23 she can't hog the whole docket, so I --
24           MR. GRANT:  It's not her.  It's actually me.
25           THE COURT:  I don't have any -- I don't have any

1    trouble telling her that. So the -- no, seriously, I'll talk

2    to her. But what about picking the jury on the 28th and then

3    trying the case? Or we could just pick the jury on Monday. It

4    doesn't matter with me, but...

5          MR. GRANT: No. Picking the 28th will work for me.

6          THE COURT: Okay. All right. Let's tentatively plan

7    on picking the jury on the 28th and starting the trial on that

8    Monday, the 2nd. I will confer with Judge Howard and make sure

9    that we've got all our ducks in a row.

10         So the deal is, Mr. Grant, you've got one with her

11    that's either going to be the 3rd or the 10th?

12         MR. GRANT: Correct. She has another one with

13    Judge -- with Mr. Corsmeier.

14         THE COURT: Okay.

15         MR. GRANT: And we both have -- and I have one with

16    him also. So it's a question of whether that person pleads.

17    If he pleads, then we'll go on the 10th. Otherwise we'll be on

18    the 3rd.

19         THE COURT: Okay. Well, I can tell you for sure it

20    won't be the week of the 10th for me. I know that, so -- we'll

21    figure it out. I'll talk to her and we'll figure it out. And

22    we probably -- has the case got issues? Should we have a

23    status -- we probably should have a status somewhere in there.

24         MR. GRANT: There probably will -- we will have to

25    have a status. I'm not quite certain what -- what motions -- I

1  don't have a motion to suppress.  There was some statements

2  that were made, but he wasn't placed under arrest, and so --

3  but, still, I have to, you know, go through every step with

4  Mr. Allen and explain to him what it is, so --

5      THE COURT:  All right.  I'm going to tentatively --

6  I've got a final revocation at 2 o'clock on the 18th of

7  February.  I'm going to tentatively set a status for after

8  that, like 2:30 or something.  And that will lead into my

9  criminal statuses that day.

10      So 2:30 on February 18th for a status in this case,

11 preparatory to a trial which is tentatively scheduled to begin

12 jury selection on Friday, the 28th, and begin testimony on --

13 and opening and testimony on March the 2nd.  Okay?

14      MR. GRANT:  Yes.

15      THE COURT:  And I'll talk to Judge Howard, but I

16 think -- I think I'm putting mine far enough out that it's not

17 really going to affect her.

18      And you're not involved in -- you're only involved in

19 my case?  You're not involved in Mr. Grant's other case?

20      MS. WASHINGTON:  Yes, Your Honor.

21      THE COURT:  Okay.  Is that going to work?

22      MR. GRANT:  Yes.

23      MS. WASHINGTON:  Yes.  Thank you.

24      THE COURT:  Okay.  Thank you.

25      (The proceedings concluded at 4:26 p.m.)

## <u>CERTIFICATE</u>

UNITED STATES DISTRICT COURT      )
                                  )
MIDDLE DISTRICT OF FLORIDA        )


        I hereby certify that the foregoing transcript is a true

and correct computer-aided transcription of my stenotype notes

taken at the time and place indicated herein.


        DATED this 26th day of October, 2020.




                    s/Shannon M. Bishop
                    Shannon M. Bishop, RDR, CRR, CRC